1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

```
┌─────────────────────────────────┐
│             FILED               │
│                                 │
│          Dec 19, 2024           │
│                                 │
│    CLERK, U.S. DISTRICT COURT   │
│  EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────────┘
```

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO.    2:24-cr-0325 DC

12              Plaintiff,
                                       18 U.S.C. § 933(a)(1) – Trafficking in Firearms
13      v.

14 ALEJANDRA SUSANA CASTILLO,

15              Defendant.

16

17                    I N F O R M A T I O N

18      The United States Attorney charges: T H A T

19              ALEJANDRA SUSANA CASTILLO,

20 defendant herein, and Co-Conspirator 1, beginning on a date uncertain, but no later than on or about

21 August 22, 2023, and continuing through on or about August 27, 2024, in San Joaquin County, State and

22 Eastern District of California, and elsewhere, knowing or having reasonable cause to believe that the use,

23 carrying, or possession of a firearm by the recipient would constitute a felony as defined by Title 18,

24 United States Code, 932(a), did ship, transport, cause to be transported, or otherwise dispose of any

25 firearm to another

26 //

27 //

28 //

1 | person in or otherwise affecting interstate and foreign commerce, all in violation of Title 18, United States

2 | Code, Section 933(a)(1).

3

4

5 | Dated:  December 19, 2024

PHILLIP A. TALBERT
United States Attorney

6

By:  */s/ Adrian T. Kinsella*

7 | ADRIAN T. KINSELLA
Assistant United States Attorney

**United States v.  Castillo**
**Penalties for Information**

VIOLATION:           18 U.S.C. § 933(a)(1) – Trafficking in Firearms

PENALTIES:           Imprisonment of up to 15 years; or
                     Fine of up to $250,000; or both fine and imprisonment
                     Supervised release of up to 3 years

SPECIAL ASSESSMENT:  $100 (mandatory)