UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 20, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEJANDRA SUSANA CASTILLO,<br><br>        Defendant. | Case No.  2:24-cr-00325-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEJANDRA SUSANA CASTILLO, Case No. 2:24-cr-00325-DC , Charge 18 U.S.C. § 933(a)(1), from custody for the following reasons:

**x**  Release on Personal Recognizance with condition that Defendant commit no local, state, or federal crime.

___  Bail Posted in the Sum of $ _____

___  Unsecured Appearance Bond $ _____

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

___  (Other):

Issued at Sacramento, California on December 20, 2024, at 2:15 PM.

By:  /s/ Sean C. Riordan

Magistrate Judge Sean C. Riordan