PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUEBEN PAUL PHILL,<br><br>Defendant. | CASE NO. 2:24-CR-00001-TLN |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRA SUSANA CASTILLO,<br><br>Defendant. | CASE NO. 2:24-cr-0325-DC<br><br>**NOTICE OF RELATED CASES**<br><br>[EDCA L.R. 123] |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The United States of America, through its undersigned counsel, Assistant United States Attorney Adrian T. Kinsella, hereby gives notice that the above-captioned matters are related cases within the meaning of Local Rule 123. These cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the Court.

In *United States v. Phill*, Case No. 2:24-cr-00001-TLN, the defendant, Rueben Paul Phill, is currently in custody for five charges that he violated his conditions of supervised release.  ECF No. 3.  No district judge in this Court has yet seen defendant Phill because his case was recently transferred from the District of Nevada.  ECF No. 1.  Charge 5 explicitly references a then-pending ATF investigation into Phill and defendant Alejandra Susana Castillo's (Phill's fiancée) trafficking of firearms between Nevada and California.  Charges 1 through 4, which detail Phill's supervised release offenses discovered during traffic stops in Nevada, are also related to this same firearm trafficking activity because Phill was travelling to Nevada to purchase ammunition and to have Castillo (then a non-prohibited person) purchase firearms on his behalf.

The United States has since extended pre-indictment plea offers to both Phill and Castillo for their respective violations of 18 U.S.C. § 933(a)(1) – firearms trafficking.  On December 20, 2024, after accepting her plea offer, Castillo waived her right to an indictment and was arraigned on an information.[1]  *United States v. Alejandra Susana Castillo*, Case No. 2:24-cr-0325-DC, ECF No. 4.  She is currently scheduled to plead guilty on January 10, 2024, before District Judge Dena M. Coggins.  *Id*.  At the arraignment, the United States notified the Court it intended to file the instant notice of related cases, and that, should the Court relate the cases, the parties would reschedule the COP as necessary.

Pursuant to Local Rule 123, the cases involve the same parties, and the evidence of both defendant's firearms trafficking is the same in both of the above-captioned cases.  Further, reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this district, including any issues regarding discovery or admissibility of evidence and any questions of law that may arise thereto.  See EDCA L.R. 123(a)(3)-(4).

//

//

---

[1] Defendant Phill has not yet accepted or rejected the United States' plea offer.  The United States will file a notice of related cases for any new substantive case against defendant Phill.

For the foregoing reasons, the United States believes that the above-captioned cases are related within the meaning of Local Rule 123. Consequently, the United States respectfully requests that the above captioned cases be reassigned to the same district judge in accordance with the provisions of the Local Rules of this district. Because defendant Phill has not yet appeared before Chief District Judge Troy L. Nunley for his Admit/Deny hearing, the United States believes it is appropriate to assign both cases to either Judge Nunley or Judge Coggins.

Dated: December 27, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney