1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No.  2:24-cr-00001-DC-1 |
| 12         Plaintiff, | |
| 13      v. | ORDER RELATING AND REASSIGNING CASE |
| 14  RUEBEN PAUL PHILL, | |
| 15         Defendant. | |
| 16 | |
| 17  UNITED STATES OF AMERICA, | No.  2:24-cr-00325-DC-1 |
| 18         Plaintiff, | |
| 19      v. | |
| 20  ALEJANDRA SUSANA CASTILLO, | |
| 21         Defendant. | |
| 22  UNITED STATES OF AMERICA, | No.  2:25-cr-00162-DJC-1 |
| 23         Plaintiff, | **New Case No.  2:25-cr-00162-DC-1** |
| 24      v. | |
| 25  RUEBEN PAUL PHILL, | |
| 26         Defendant. | |
| 27 | |

28

1

1        Examination of the above-captioned actions reveals they are related within the meaning of

2    Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court

3    assigned to the earlier criminal actions because these cases involve the same parties and/or

4    witnesses, are based on the same or similar facts, and reassignment to the same district judge

5    would avoid substantial duplication of labor by the court. Specifically, the earliest action charges

6    Defendant Rueben Paul Phill with violating his conditions of supervised release by conspiring

7    with Defendant Alejandra Susana Castillo to traffic firearms between Nevada and California. The

8    new action (Case No. 2:25-cr-00162-DJC-1) charges Defendant Phill with that conspiracy to

9    traffic in firearms.

10        Relating the cases under Local Rule 123, however, merely has the result that the actions

11    are assigned to the same judge, it does not consolidate the actions.

12        The court hereby orders that the recently filed action, Case No. 2:25-cr-00162-DJC-1, is

13    reassigned to District Judge Dena M. Coggins, and the caption shall read 2:25-cr-00162-DC-1.

14        In light of this reassignment, the status conference in 2:25-cr-00162-DJC-1 set for October

15    9, 2025 at 09:00AM in Courtroom 7 before District Judge Daniel J. Calabretta is VACATED and

16    RESET for 10/10/2025 at 9:30 a.m. in Courtroom 8 before District Judge Dena M. Coggins.

17

18

19        IT IS SO ORDERED.

20    Dated:    **July 25, 2025**                                    _____

21                                                                 Dena Coggins
                                                                   United States District Judge

22

23

24

25

26

27

28

2