HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ALEJANDRA SUSANA CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-325-DC |
| | ) | |
| Plaintiff, | ) | [proposed] ORDER EXTENDING SELF-SURRENDER DATE |
| | ) | |
| vs. | ) | |
| | ) | Judge: Hon. Dena Coggins |
| ALEJANDRA SUSANA CASTILLO, | ) | |
| | ) | New ~~Proposed~~ Date:  January 15, 2026 |
| Defendant. | ) | Time: 12:00 p.m. |
| | ) | |

**ORDER**

The court, having received, read and considered Defendant's unopposed request for an extension of the self-surrender date is GRANTED.  Accordingly, the deadline for Ms. Castillo to self-surrender to the facility designated by the Bureau of Prisons is EXTENDED to noon (12:00 p.m.) on January 16, 2026, or – if no such facility is designated – to the United States Marshal for this District.  A copy of this order shall be served on the United States Marshals Service.

IT IS SO ORDERED.

Dated:   **October 15, 2025**

Dena Coggins
United States District Judge

~~[proposed]~~ ORDER re: Self-Surrender – U.S. v. Castillo